IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BENJAMIN EDWARD FORCE,

                Plaintiff,

v.

ST. CROIX COUNTY SHERIFF and JOHN DOES,

                Defendants.

ORDER

19-cv-11-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Benjamin Force is proceeding on a claim that defendants John Doe(s) violated his constitutional rights by failing to respond reasonably to his requests for psychological services between March 2 and 5, 2015, which resulted in his attempting to harm himself on March 13, 2015. In the screening order entered on February 28, 2019, I stayed a determination on plaintiff's proposed Wisconsin law negligence claims against the Doe defendants and gave plaintiff until March 11, 2019 to inform the court whether he had complied with Wisconsin's notice of claim requirement set forth in Wis. Stat. § 893.82. Plaintiff did not respond by the March 11, 2019 deadline. Accordingly, plaintiff will not be allowed to proceed on his state law claims against defendants.

1

ORDER

IT IS ORDERED that plaintiff Benjamin Edward Force is DENIED leave to proceed on his state law negligence claims against defendants John Does.

Entered this 25th day of March, 2019.

                            BY THE COURT:

                            /s/
                            _____
                            BARBARA B. CRABB
                            District Judge