IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENJAMIN EDWARD FORCE,

    Plaintiff,

v.

    Case No. 19-cv-11-bbc

ST. CROIX COUNTY SHERIFF, ST. CROIX COUNTY, MICHAEL JOSEPH KAHLER, DESHAUN N. SUMMERSET, NATHAN BELZ, NATHAN SCHULER, LACEY MAYAVASKI, MARK THOMS, CURTIS JOHNSON, RAQUEL STACKEY, TAMARA MARK, DEREK WELLS, YVONNE JOHNSON, BRIAN NORDQUIST, GABE HUTTON, CHARLES DYKES, NEIL JOHNSON, KRISTEN ANDERSON, AARON PRASCHAK, KYLE UMENTUM, MARKETA RESONG, AND JILL MILLER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                          11/18/2019

Peter Oppeneer, Clerk of Court              Date